UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID STUDLEY

VERSUS

KIMBERLY HEAD, ET AL

CIVIL ACTION

NO. 16-380-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated October 3, 2016 (doc. no. 19) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, plaintiff's Motion to Remand is DENIED.

Baton Rouge, Louisiana, this 25th day of October, 2016.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE